Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 AUG -9 PM 4: 19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  DEPUTY

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of BRUCE MATTHEWS, <br><br> Plaintiffs/Petitioners, <br> vs <br><br> NATIONAL Football [Football] LEAGUE MANAGEMENT COUNCIL and TENNESSEE TITANS, <br><br> Defendants/Respondents. | SUMMONS IN A CIVIL ACTION <br> Case No. <br><br> '10 CV 1671   JLS WMc |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Matthew M. Walsh, Esq.
DEWEY & LeBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Telephone:     (213) 621-6000  Facsimile:   (213) 621-6100
e-mail: mwalsh@dl.com

An answer to the complaint which is herewith served upon you, within____21____days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 9 AUG 2010 |
|---|---|
| C. ECIJA   CLERK   (SEAL) | DATE |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)